**Electronically Filed
Supreme Court
SCWC-22-0000362
05-FEB-2026
11:38 AM
Dkt. 7 OGAC**

SCWC-22-0000362

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LESTER SUMERA,
Respondent/Plaintiff-Appellant,

vs.

STEVEN GOO, individually and in his official capacity
as operations manager, supervisor and safety manager,
Petitioner/Defendant-Appellee,

and

ROYAL HAWAIIAN MOVERS,
Defendant-Appellee,

and

GLEN SALVADOR,
Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000362; CASE. NO. 1CC171000835)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Remigio, assigned by reason of vacancy)

Petitioner Steven Goo's Application for Writ of

Certiorari, filed on December 22, 2025, is hereby accepted and

will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, February 5, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Catherine H. Remigio